```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20785
  ROBERT KELLY
  PATRICIA KELLY                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-8067      SSN XXX-XX-4065
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/07/07 and confirmed on 02/06/08.

   2.  The case was dismissed after confirmation, 10/31/2008.

   3.  The Debtor paid a total of $ 12115.35 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 2275.40 | .00 | 2275.40 |
| LCS FINANCIAL SERVICES C | SECURED | .00 | .00 | .00 |
| LCS FINANCIAL SERVICES C | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 31555.28 | 1427.79 | 4462.21 |
| MONTEREY FINANCIAL SVCS | SECURED | 1500.00 | 47.62 | 352.39 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 22336.50 | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1063.58 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1214.67 | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 300.00 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 336.20 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 317.28 | .00 | .00 |
| GOTTLIEB MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 375.31 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT OF HUMAN S | UNSECURED | 8851.99 | .00 | .00 |
| MIDWEST IDS LLC | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 374.29 | .00 | .00 |
| REGENTS PARK | UNSECURED | NOT FILED | .00 | .00 |
| PETER LOFENDO DDS | UNSECURED | NOT FILED | .00 | .00 |
| RUG DOCTOR CONSUMER REPO | UNSECURED | NOT FILED | .00 | .00 |
| WOODRIDGE CLINIC | UNSECURED | NOT FILED | .00 | .00 |

```
INTERNAL REVENUE SERVICE UNSECURED         4984.87              .00            .00
PREMIER BANKCARD/CHARTER UNSECURED          343.32              .00            .00
     Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  35330.68   22336.50    18161.51        .00       75828.69
PRINCIPAL PAID       7090.00        .00         .00        .00        7090.00
INTEREST PAID        1475.41        .00         .00        .00        1475.41
TOTAL PAID           8565.41        .00         .00        .00        8565.41
```

The Debtor's attorney, STEFANS STEFANS & STEFANS    , was allowed $   3500.00 and was paid $   2865.91 .

The Trustee received $    684.03 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/20/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 20785 ROBERT KELLY & PATRICIA KELLY